No. 73–1998. DRISKELL ET AL. *v.* EDWARDS, GOVERNOR OF LOUISIANA, ET AL. Appeal from D. C. W. D. La. Judgment vacated and case remanded with directions to enter a fresh decree from which a timely appeal may be taken to the Court of Appeals. See *Wilson* v. *City of Port Lavaca,* 391 U. S. 352 (1968).

No. 73–1392. RANDOM HOUSE, INC. *v.* GORDON. C. A. 3d Cir. Motions of Association of American Publishers, Inc., and Philadelphia Newspapers, Inc., for leave to file briefs as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gertz* v. *Robert Welch, Inc.,* 418 U. S. 323 (1974). MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

No. 73–1926. HOUSING AUTHORITY OF LOUISVILLE ET AL. *v.* FLETCHER; and

No. 73–1934. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. *v.* FLETCHER. C. A. 6th Cir. Motion of respondent in both cases for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of § 201 of the Housing and Community Development Act of 1974, 88 Stat. 653, 42 U. S. C. §§ 1437–1437j (1970 ed., Supp. IV).